**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| BARBARA GAUDLOCK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-00011-RWS |
| KUBOTA and | : |
| PREFERABLE STAFFING, | : |
| | : |
| Defendants. | |

**ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [7] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Complaint is hereby **DISMISSED**, **without prejudice**. The Clerk shall close the case.

**SO ORDERED**, this   17th   day of June, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)